IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-93-GF-BMM |
| Plaintiff, | |
| vs. | |
| GAVIN TYRONE SUTHERLAND, | |
| Defendant. | |

On October 15, 2018, the undersigned granted Defendant, Gavin Sutherland's (Sutherland) Motion for a Psychiatric Exam (Doc. 8). On November, 2018, the Court received notice from I. Jacquez, Warden, Federal Detention Center, SeaTac, where Sutherland is being evaluated, requesting an extension of the evaluation.

Accordingly, **IT IS ORDERED** that the extension of the evaluation of Sutherland is **GRANTED**. The study period will begin on November 13, 2018 and end on December 28, 2018 with the final report submitted to the Court no later than January 11, 2019.

DATED this 28th day of November, 2018.

John Johnston
United States Magistrate Judge