IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-93-GF-BMM |
| Plaintiff, | |
| vs. | |
| GAVIN TYRONE SUTHERLAND, | |
| Defendant. | |

On October 15, 2018, the undersigned granted Defendant, Gavin Sutherland's (Sutherland) Motion for a Psychiatric Exam (Doc. 8). On January 10, 2019, the Court received notice from I. Jacquez, Warden, Federal Detention Center, SeaTac, where Sutherland is being evaluated, requesting a 30 day extension of the evaluation.

Accordingly, **IT IS ORDERED** that the extension of the evaluation of Sutherland is **GRANTED**. The final report submitted to the Court no later than February 10, 2019.

DATED this 30th day of January, 2019.

John Johnston
United States Magistrate Judge